**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2396**

_____

DAVID A. BARDES, individually, as a taxpayer,

        Plaintiff - Appellant,

     v.

L. PATRICK AULD, Magistrate Judge; CATHERINE C. EAGLES,
District Judge; PATRICK MICHAEL DUFFY, Senior U.S. District
Judge; ROBERT CARR, Ex-Magistrate Judge, in their individual
and official capacities; US COURTS; UNITED STATES OF
AMERICA; US DEPARTMENT OF JUSTICE; JOHN AND JANE DOES,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.   Martin K. Reidinger,
District Judge.  (1:15-cv-00214-MR-DLH)

_____

Submitted:  January 14, 2016          Decided:  January 19, 2016

_____

Before AGEE, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David A. Bardes, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David A. Bardes appeals the district court's orders dismissing his civil complaint as frivolous and denying his motion for reconsideration. See Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm. See Bardes v. Auld, No. 1:15-cv-00214-MR-DLH (W.D.N.C. Oct. 2, 2015 & Nov. 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED